**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN F. ABRAHAM,<br><br>            Petitioner,<br><br>  v.<br><br>SCOTT KERNAN, WARDEN,<br><br>            Respondent. | )  NO. CV 04-3296-GW (MAN)<br>)<br>)<br>)<br>)  ORDER ADOPTING FINDINGS,<br>)<br>)  CONCLUSIONS, AND RECOMMENDATIONS<br>)<br>)  OF UNITED STATES MAGISTRATE JUDGE<br>) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment herein on all parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 31, 2010.

>
> *George H. Wu*
> _____
> GEORGE H. WU
> UNITED STATES DISTRICT JUDGE