**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN F. ABRAHAM,  | ) NO. CV 04-3296-GW (MAN) |
|         Petitioner, | ) |
|   v. | ) JUDGMENT |
| SCOTT KERNAN, WARDEN, | ) |
|         Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 31, 2010.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE